**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  06 -cv-00386-EWN-CBS

THE EQUINOX GROUP, LLC, A COLORADO LLC,
GENE A. OSBORNE, AND
JEFF WEISS,

    Plaintiffs,

v.

ST. PAUL TRAVELERS INSURANCE COMPANIES,
UNITED STATES FIDELITY AND GUARANTY COMPANY,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Defendants.

**ORDER GRANTING JOINT, STIPULATED MOTION FOR DISMISSAL OF THIS ACTION, WITH PREJUDICE**

This matter comes before the Court on the Joint, Stipulated Motion filed by Plaintiffs and Defendants, seeking the dismissal of this action, with prejudice.  The Court has reviewed the Motion, and considered its file and applicable law.  The Court hereby Orders as follows:

The Motion is Granted.  This action shall be, and hereby is, Dismissed with Prejudice, with each party to assume and pay his or its own attorneys' fees and costs incurred.  Rule 41(a)(2), Federal Rules of Civil Procedure.

By the Court, this 30th day of May, 2006:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Judge

_____